FILED
CLERK, U.S. DISTRICT COURT
11/5/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: AH DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

RODNEY THOMAS,
aka "Jamaica,"

Defendant.

No. 2:26-cr-00732-ODW

I N F O R M A T I O N

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii): Possession With Intent to Distribute Cocaine Base; 21 U.S.C. § 853: Criminal Forfeiture]

The United States of America charges:

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(iii)]

On or about March 19, 2026, in Los Angeles County, within the Central District of California, defendant RODNEY THOMAS knowingly and intentionally possessed with the intent to distribute at least 28 grams, that is, approximately 242.21 grams, of a mixture and substance containing a detectable amount of cocaine base, a Schedule II narcotic drug controlled substance.

FORFEITURE ALLEGATION

[21 U.S.C. § 853]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853 and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offense set forth in this Information.

2. The defendant so convicted shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense; and

(c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

3. Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted shall forfeit substitute property if, by any act or omission of said defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with

a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

TODD BLANCHE
Attorney General

BILAL A. ESSAYLI
First Assistant United States Attorney

JENNIFER WAIER
Chief Assistant U.S. Attorney and
Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

JING YAN
Assistant United States Attorney
General Crimes Section