SHAUN KHOJAYAN (#197690)
LAW OFFICES OF SHAUN KHOJAYAN
& ASSOCIATES, P.L.C.
515 S. Flower Street, 19th Floor
Los Angeles, CA 90071
Telephone: (310) 274-6111
Facsimile: (310) 274-6211
Email: shaun@khojayan.com
Attorney for Defendant Rodney Thomas

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>RODNEY THOMAS,<br>Defendant. | Case No.: 2:26-cr-00732-ODW-1<br><br>DEFENDANT THOMAS' WITHDRAWAL OF STIPULATION TO CONTINUE DEFENDANT THOMAS' POST INDICTMENT ARRAIGNMENT FROM NOVEMBER 13, 2026 TO NOVEMBER 20, 2026 |

Defendant Thomas hereby withdraws his request and stipulation to continue his post indictment arraignment from November 13, 2026 to November 20, 2026. He respectfully requests that the PIA occur today, November 13, 2026. The reason for this withdrawal is that Mr. Thomas already was brought to court from Santa Ana today, November 13, 2026. Attorney Scott Pactor has agreed to specially appear for undersigned counsel for the PIA today.

Respectfully submitted,

Dated: November 13, 2026

s/Shaun Khojayan
Attorney for Defendant Thomas