FILED
CLERK, U.S. DISTRICT COURT
NOV 13 2026
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>2:26-cr-00732-ODWII- |
| Rodney Thomas<br>DEFENDANT | **WAIVER OF INDICTMENT** |

I, Rodney Thomas, the above-named defendant, who is accused of Distribution of a Controlled Substance; Criminal forfeiture, in violation of 21:841(a)(1), (b)(1)(C): 21:853:, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 11/13/2026, prosecution by indictment and consent that the proceedings may be by information rather than by indictment.

11/13/26
*Date*

*Defendant*

11/13/26
*Date*

*Counsel for Defendant*

11/13/26
*Date*

Before: *Judicial Officer*

If the defendant does not speak English, complete the following:

I, ____________, am fluent in written and spoken English and ____________ languages. I accurately translated this Waiver of Indictment from English to ____________ for defendant ____________ on this date.

*Date*

*Interpreter*