UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – ARRAIGNMENT**

Case No. 2:26-cr-00732-ODWII Date: 11/13/2026

Present: The Honorable: Charles F. Eick, United States Magistrate Judge

Interpreter N/A Language N/A

| Bea Martinez | 11/13/2026 | Samuel Baucom |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) ✔ Present In Custody | Attorneys for Defendants: ✔ Present CJA |
|---|---|
| Rodney Thomas | Shaun Khojayan,S/A by Scott A. Pactor |

**Proceedings: Arraignment of Defendant and/or** ✔ **Assignment of Case** **Initial Appearance** **Appointment of Counsel**

* Defendant states true name is the name on the Information.
* Defendant is arraigned under name on the Information.
* Defendant acknowledges having read the Information and discussed it with counsel.
* Court advises that the defendant has a constitutional right to be charged with a felony by an indictment from a grand jury, but that right can be waived and if so, the case would proceed on an information filed by the United States Attorney.
* Court asks if the defendant has discussed waiving the right to indictment by a grand jury with his attorney, and if so whether the defendant has formally waived that right.
* Defendant signs waiver of indictment in court.
* Waiver of Indictment is submitted, accepted by the Court, and filed.
* This case is assigned to Judge Otis D. Wright.
* Counsel are ordered to contact the court clerk regarding the setting of dates for the guilty plea and all further proceedings. Judge Wright is located in 5D, Los Angeles - Felicitas and Gonzalo Mende.

cc:
PSALA PSAED PSASA
✔ USMLA USMED USMSA
Statistics Clerk Interpreter
✔ CJA Supervising Attorney Fiscal

**Initial Appearance/Appointment of Counsel:** 00 : 00

**Arraignment:** 00 : 02

**Initials of Deputy Clerk:** BM by TRB